# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ANH VAN PHAM,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner Social Security,<br><br>        Defendant(s). | No.  CV 07-3871-AHM (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation.  The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered remanding this matter to the Commissioner for award of benefits for the period of July 11, 2002 through April 1, 2004.

DATED: August 25, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE