UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANH VAN PHAM,<br><br>               Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>               Defendant. | CASE NO. CV 07-3871-AHM (AGR)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for award of benefits for the period of July 11, 2002 through April 1, 2004.

DATED: August 25, 2008

                                                           A. HOWARD MATZ<br>                                            UNITED STATES DISTRICT JUDGE