SIMA AGHAI, ESQ.
State Bar No. 156354
Law Offices of Sima G. Aghai
9121 Bolsa Avenue, Suite 202
Westminster, CA 92683
(714) 893-6064
(714) 893-6164 (fax)
simaaghai@aghai.net

Attorney for Plaintiff
ANH VAN PHAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANH VAN HAM<br><br>Plaintiff<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | CASE NO. CV 07-03871 AHM (AGR)<br><br>[PROPOSED] ORDER FOR AWARD OF EAJA FEES |

Pursuant to the Stipulation For Award of EAJA Fees filed by the parties in this case, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the amount of $3,800.00 for attorney fees pursuant to 28 § U.S.C. 2412(d)(1)(A) of the Equal Access to Justice Act.

Order for Award Of Attorneys Fees

1     **FURTHER ORDERED** that the attorney fees be paid payable directly to

2 Plaintiff's attorney as Plaintiff's assignee.

3

4 Dated: SEP 1 8 2008

5                                                           UNITED STATES DISTRICT JUDGE